

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00247-CV

IN THE INTEREST OF N.A.O., A CHILD

On Appeal from the 64th District Court
Hale County, Texas
Trial Court No. A42858-1908, Honorable Danah L. Zirpoli, Presiding

November 15, 2021

## ORDER

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

In its order of termination, the trial court terminated the parental rights of mother to N.A.O., a child; appointed father as possessory conservator of N.A.O.; and appointed the Department of Family and Protective Services as permanent managing conservator of N.A.O.[1] Mother, the Department, and an intervening maternal grandmother, M.S., filed separate appeals from the order. M.S., however, failed to pay the requisite filing fee.

---

[1] *See* TEX. R. APP. P. 9.8.(b) (protection of minor's identity in parental-rights termination cases).

By letter of October 14, 2021, the court notified M.S. that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by October 25 would result in dismissal of the appeal. To date, M.S. has not paid the filing fee or sought leave to proceed without payment of court costs.

Because M.S. has failed to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time, we dismiss her appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Mother's and the Department's appeals shall continue to disposition.

Per Curiam